MICHAEL R. HALL, ESQ.
Nevada Bar No. 5978
mhall@lawhjc.com
JAN K. TOMASIK, ESQ.
Nevada Bar No. 15104
jtomasik@lawhjc.com

HALL JAFFE & CLAYTON, LLP
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

*Attorneys for Defendants*
IGLOO PRODUCTS CORP. and
COSTCO WHOLESALE CORPORATION dba COSTCO WHOLESALE 685;

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER ERNST, <br><br> Plaintiff, <br><br> v. <br><br> IGLOO PRODUCTS CORP.; a Foreign Corporation; COSTCO WHOLESALE CORPORATION dba COSTCO WHOLESALE 685; a Foreign Corporation; DOES 1 through X, inclusive, and; ROE CORPORATIONS XI through XX, inclusive, <br><br> Defendants. | CASE NO.   2:21-cv-02048 <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff JENNIFER ERNST, and Defendants IGLOO PRODUCTS CORP and COSTCO WHOLESALE CORPORATION dba COSTCO WHOLESALE 685 by and through their respective attorneys of record, that all of Plaintiff's claims in this matter against all Defendants, be dismissed with prejudice, with each of the parties to pay their own attorney fees and costs herein incurred.

1

*ERNST vs. IGLOO AND COSTCO*, Case No. 2:21-cv-02048
STIPULATION TO DISMISS WITH PREJUDICE

DATED this ___ day of May 2022.

HALL JAFFE & CLATON, LLP

/s/ Michael R. Hall
_____
Michael R. Hall, Esq.
Nevada Bar No. 5978
Jan K. Tomasik, Esq.
Nevada Bar No. 15104
7425 Peak Drive
Las Vegas, Nevada 89128
Attorneys for Defendants

DATED this 25th day of May 2022.

THE702FIRM

/s/
_____
Brandon Born, Esq.
Nevada Bar No. 15181
400 S. 7th Street, 4th Floor
Las Vegas, NV 89101
Attorneys for Plaintiff

## ORDER

IT IS HEREBY ORDERED that Case No. 2:21-cv-02048 be dismissed, in its entirety, with prejudice, each party to ear its own attorney's fees and costs.

DATED June 8, 2022.

_____
UNITED STATES DISTRICT JUDGE

*Respectfully submitted by:*

HALL JAFFE & CLATON, LLP

/s/ Michael R. Hall
_____
Michael R. Hall, Esq.
Nevada Bar No. 5978
Jan K. Tomasik, Esq.
Nevada Bar No. 15104
7425 Peak Drive
T: (702) 316.4111
Las Vegas, Nevada 89128
*Attorneys for Defendants*